JS-6 stay

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CANFIELD, an individual, on behalf of himself and all other similarly situated employees,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC OFFICE AUTOMATION, INC., an Oregon corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No. **5:23-cv-01418-JGB-KK**<br><br>**[ORDER RE STIPULATION TO STAY ALL DATES AND DEADLINES**<br><br>Assigned to the Hon. Jesus G. Bernal<br><br>Action Filed: July 18, 2023 |

**ORDER**

The Court, having reviewed and considered the Stipulation to Stay All Dates and Deadlines filed by plaintiff Shawn Canfield ("Plaintiff") and defendant Pacific Office Automation, Inc. ("Defendant") (collectively, the "Parties"), hereby orders the following:

1) All dates and deadlines, including formal discovery deadlines and the December 18, 2023 scheduling conference, in the above-captioned action are stayed, pending the result of the Parties' anticipated mediation;

2) The Parties will notify the Court as to whether or not the matter has resolved at mediation, within seven days following the conclusion of the mediation; and

3) If the matter does not resolve at mediation, the scheduling conference will proceed and all formal discovery and court deadlines will resume, with no prejudice to any of the Parties.

**IT IS SO ORDERED.**

DATED: December 15, 2023

By: _____
Jesus G. Bernal, U.S. District Judge

ORDER RE STIPULATION TO STAY ALL DATES AND DEADLINES
4855-9439-6055v.1 0060489-000039